UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENYA HALL,<br>Plaintiff<br>v.<br>JAMES DZURENDA, et al.,<br>Defendants | Case No. 2:24-cv-01532-JAD-MDC<br>**ORDER** |

## I. DISCUSSION

Plaintiff Kenya Hall, who was formerly incarcerated in the custody of the Nevada Department of Corrections, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 5). The Court then screened Plaintiff's complaint and first amended complaint, deferred a decision on Plaintiff's application to proceed *in forma pauperis*, and stayed this case so that the parties could participate in the Court's Inmate Early Mediation Program. (ECF Nos. 7, 14).

During the stay, Plaintiff filed an updated address indicating that he is no longer incarcerated. (ECF No. 16). In light of the fact that Plaintiff is no longer incarcerated, the Court denies the application to proceed *in forma pauperis* for inmates as moot. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $405, by **October 2, 2026**.

## II. CONCLUSION

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 5) is **DENIED** as moot.

It is further ordered that Plaintiff has **until October 2, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* for non-prisoners.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to

refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for a non-prisoner with instructions for the same.

DATED: September 1, 2026

____________________________________________
UNITED STATES MAGISTRATE JUDGE